UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DARNELL ROSS; KAWANA POWELL;
DOMINIQUE PALMORE; KEISHA
PATTERSON; TERESA PATTERSON; ROSE
MARIE DAVIS,

                    Plaintiffs,

-against-

SEATTLE WA; BRUCE HARRELL; JAY
INSLEE; LINDA RIDGE; UNION PACIFIC
RAIL LINE OWNER; LARRY BENSON;
TERRY BENSON,

                    Defendants.

22-CV-1383 (LTS)

CIVIL JUDGMENT

    Pursuant to the order issued March 28, 2022, dismissing the complaint,

    IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed without prejudice. *See* 28 U.S.C. §§ 1914, 1915.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:    March 28, 2022
            New York, New York

                                        /s/ Laura Taylor Swain
                                        LAURA TAYLOR SWAIN
                                        Chief United States District Judge